IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00945-CMA-MEH

JOHN RAINEY,

    Plaintiff,

v.

BRYCE THORSTAD,
LYNNE TRAVIS,
JOSEPH SOTO,
SGT. MAQUEZ,
K. ROETKER, and
SGT. MONTGOMERY,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 26, 2012.**

    Pending before the Court are two motions filed by Plaintiff: an "Unopposed Motion: Request to Submit" [filed June 22, 2012; docket # 18] ("Docket #18"), and an "Unopposed Motion to Use All Exhibits Submitted in Original Complaint, and to Submit Exhibits Promised in Amended Complaint" [filed June 22, 2012; docket #19] ("Docket #19").[1] The motions do not appear to seek to add allegations or claims to the operative pleading, but they do ask the Court to permit the documents attached to Docket #18 to be used as exhibits in support of Plaintiff's pleading. However, like Plaintiff's previous motions to submit additional documents [dockets ##4, 5] which were denied by Judge Boland, the Court finds that the documents submitted with the present motions are not necessary at this time. (*See* docket #6, 3.) Therefore, Docket #18 and Docket #19 are **denied as premature**.

---

[1] Plaintiff represents that both motions are unopposed; however, Plaintiff does not provide the Court with any indiction that he obtained Defendants' position on the relief requested. While Plaintiff is exempt from the conferral requirements of D.C. Colo. LCivR 7.1A during his incarceration, the Court cautions Plaintiff against characterizing his motions as "unopposed" without Defendants' express consent.