### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Christine M. Arguello

Civil Action No. 12-cv-00945-CMA-MEH

JOHN RAINEY,

    Plaintiffs,

v.

BRYCE THORSTED,
LYNN TRAVIS
JOSEPH SOTO,
SGT. MARQUEZ,
K. ROETKER, and
SGT. MONTGOMERY,

    Defendants.

---

### ORDER ADOPTING AND AFFIRMING SEPTEMBER 12, 2012
### RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

---

    This case was referred to United States Magistrate Judge Michael E. Hegarty, pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72. On September 12, 2012, the Magistrate Judge issued a Recommendation (Doc. # 49), in which he recommended that Plaintiff's "Motion for Investigation for Being Denied Access to the Court and Preliminary Injunction and Temporary Restraining Order" (Doc. # 46) be denied. Plaintiff, proceeding *pro se*, objected to this recommendation on September 19, 2012. (Doc. # 51.)

    In light of these objections, the Court has conducted the requisite *de novo* review of the issues, the Recommendation, and Plaintiff's objections. Plaintiff fails to raise any

new issues of law or fact warranting a result different from that reached by the Magistrate Judge in his Recommendation. Based on this *de novo* review, the Court concludes that the Magistrate Judge's recommendation is correct. Therefore, the Court hereby ADOPTS the Recommendation of the United States Magistrate Judge as the findings and conclusions of this Court.

Accordingly, IT IS ORDERED THAT Plaintiff's "Motion for Investigation for Being Denied Access to the Court and Preliminary Injunction and Temporary Restraining Order" (Doc. # 46) be DENIED.

DATED: September   28  , 2012

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge