IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00945-CMA-MEH

JOHN RAINEY,

    Plaintiff,

v.

BRYCE THORSTAD,
LYNNE TRAVIS,
JOSEPH SOTO,
SGT. MARQUEZ,
K. ROETKER, and
SGT. MONTGOMERY,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 28, 2012.**

    Plaintiff's "Motion to Clarify Statement" [filed September 27, 2012; docket #52] is construed as a request to supplement the Plaintiff's objection to this Court's September 12, 2012 recommendation, and is **denied as moot** as the District Court has issued an order on the recommendation.