IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-00945-CMA-MEH

JOHN RAINEY,

      Plaintiff,

v.

BRYCE THORSTAD,
LYNNE TRAVIS,
JOSEPH SOTO,
SGT. MARQUEZ,
K. ROETKER, and
SGT. MONTGOMERY,

      Defendants.

---

**MINUTE ORDER**

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 31, 2012.**

      Pending before the Court is Plaintiff's "Motion With Information of Facts" [filed October 29, 2012; docket #61].  Plaintiff titles the document as though it were a motion; however, Plaintiff seeks no actual relief.  Instead, Plaintiff simply describes a series of events and provides several exhibits in support thereof.  Though Plaintiff may, at a later stage, be asked to submit evidence in support of his claims, the present filing is premature and improper.  Therefore, Plaintiff's "Motion With Information of Facts" is **denied**.