IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 12-cv-00945-CMA-MEH

JOHN RAINEY,

    Plaintiffs,

v.

BRYCE THORSTED,
LYNN TRAVIS
JOSEPH SOTO,
SGT. MARQUEZ,
K. ROETKER, and
SGT. MONTGOMERY,

    Defendants.

---

ORDER ADOPTING AND AFFIRMING OCTOBER 29, 2012
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

---

This matter is before the Court on the October 29, 2012 Recommendation by United States Magistrate Judge Michael E. Hegarty that Defendants' Motion to Dismiss (Doc. # 27) be granted and this case be dismissed in its entirety. (Doc. # 60 at 20.) The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen (14) days after being served with a copy of the Recommendation. (Doc. # 60 at 1 n.1.) Despite this advisement, no objections to Magistrate Judge Hegarty's Recommendation have been filed by either party. "In the absence of timely

objection, the district court may review a magistrate [judge's] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings.").

The Court has reviewed all the relevant pleadings concerning Defendants' Motion to Dismiss and the Recommendation. Based on this review, the Court concludes that Magistrate Judge Hegarty's thorough and comprehensive analyses and recommendations are correct and that "there is no clear error on the face of the record." Fed. R. Civ. P. 72 advisory committee's note. Therefore, the Court ADOPTS the Recommendation of Magistrate Judge Hegarty as the findings and conclusions of this Court.

Accordingly, it is ORDERED that the Recommendation of the United States Magistrate Judge (Doc. # 60) is AFFIRMED and ADOPTED.

It is FURTHER ORDERED that Defendants' Motion to Dismiss (Doc. # 27) be GRANTED. This case is DISMISSED IN ITS ENTIRETY.

DATED: November __27__, 2012

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge